**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **RHONDA M. MORRIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | Civil No.   14-cv-1376-CJP |
| | ) | |
| **CAROLYN W. COLVIN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

<u>**ORDER for ATTORNEY'S FEES**</u>

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act.   **(Doc. 26).**

Plaintiff seeks attorney's fees in the amount of $4,311.50.   Defendant has no objection.   See, **Doc. 27.**

The Court finds that plaintiff is the prevailing party and is entitled to an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(B).   The Court further finds that the agreed upon amount is reasonable and appropriate.

Plaintiff's Motion **(Doc. 26)** is **GRANTED**.   The Court awards plaintiff Rhonda M. Morris the sum of **$4,311.50** (four thousand, three hundred eleven dollars and fifty cents) for attorney's fees and $0 for costs pursuant to the Equal Access to Justice Act.   These funds are payable to plaintiff, per *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).   However, in accordance with the parties' agreement, any

1

part of the award that is not subject to set-off to pay plaintiff's pre-existing debt to the United States shall be made payable to plaintiff's attorney pursuant to the EAJA assignment previously executed by plaintiff and her attorney.

**IT IS SO ORDERED.**

**DATE:   July 15, 2015.**

<u>**s/ Clifford J. Proud**</u>
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**